**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 98-6755

———————————

GARY K. FARLOW,

Plaintiff - Appellant,

versus

RICKY JACKSON; HERB JACKSON; WILLIE EDLEY;
LINDA MCPHATTER,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, District Judge.  (CA-98-137-3-2-MU)

———————————

Submitted:  August 13, 1998       Decided:  September 4, 1998

———————————

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Gary K. Farlow, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Farlow v. Jackson, No. CA-98-137-3-2-MU (W.D.N.C. May 12, 1998). We deny Appellant's motion for a temporary restraining order and motion to add parties to the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED